

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| VERN BAUER AND JOELLA JACOBSON, | § | No. 08-15-00292-CV |
| | § | Appeal from the |
| APPELLANTS, | § | 17th District Court |
| V. | § | of Tarrant County, Texas |
| FOREST RIVER, INC., | § | (TC#017-273447-14 ) |
| APPELLEE. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF OCTOBER, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez and Hughes, JJ.